ACCEPTED
02-15-00124-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/13/2015 11:20:24 AM
DEBRA SPISAK
CLERK

Cause No. 2013-40749-362

| | | |
|---|---|---|
| HOBBY LOBBY STORES, INC., | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | DENTON COUNTY, TEXAS |
| | § | |
| STANDARD RENEWABLE ENERGY, LP | § | |
| AND SRE3 GP, LLC, individually and as its | § | |
| General Partner, | § | |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| U.S. SPECIALTY INSURANCE COMPANY, | § | |
| Surety, | § | |
| | § | |
| Third Party Defendant. | § | 362nd JUDICIAL DISTRICT |

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
04/13/2015 11:20:24 AM
DEBRA SPISAK
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Hobby Lobby Stores, Inc. ("Hobby Lobby") and Third Party Defendant, U.S. Specialty Insurance Company, as Surety ("U.S. Specialty"), file the following Notice of Appeal and, in support thereof, would respectfully show the Court as follows:

I.

This Notice of Appeal is filed by Plaintiff Hobby Lobby and Third Party Defendant U.S. Specialty.

II.

The identity of the trial court, cause number, and style of this case are as shown in the caption above.

**NOTICE OF APPEAL - Page 1**

III.

Hobby Lobby and U.S. Specialty appeal from the Trial Court's Final Judgment, dated January 29, 2015, and from the Trial Court's (i) Order Denying Hobby Lobby's Motion to Release Bond to Indemnify Against Lien, (ii) Order Denying Hobby Lobby's Motion for Judgment Notwithstanding the Verdict and (iii) Order Denying Hobby Lobby's Motion for New Trial, all dated April 9, 2015.

IV.

Hobby Lobby and U.S. Specialty desire to appeal from the decision of the Court and Final Judgment and Orders.

V.

This appeal is taken to the Second Court of Appeals sitting in Fort Worth, Texas.

Respectfully submitted,

*Kimberly Sims*

_____
**KIMBERLY M. J. SIMS**
State Bar No. 24046167
ksims@palterlaw.com

**PALTER STOKLEY SIMS PLLC**
8115 Preston Rd., Suite 600
Dallas, Texas 75225
Telephone: (214) 888-3106
Facsimile: (214) 888-3109

**ATTORNEY FOR HOBBY LOBBY STORES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the following, on this 13th day of April, 2015.

**VIA EMAIL: ERICD@TEXASBUSLAW.COM**
Eric F. Dankesreiter, Esq.
**VIA EMAIL: DCRAFTON@TEXASBUSLAW.COM**
Debra S. Crafton, Esq.
WIGINGTON & DANKESREITER LLP
3010 Broadmoor Lane
Flower Mound, Texas 75022

_____
**Kimberly M. J. Sims**